413 A.2d 1131

Commonwealth v. Kromer, Appellant.

Submitted September 14, 1978. Wallace C. Worth, Jr., for appellant; James J. Narlesky, Assistant District Attorney, will not file a brief on behalf of Commonwealth, appellee. Mark S. Refowich, for Dorey Timberman, prosecutrix.

Before CERCONE, SPAETH and LIPEZ, JJ.

Order affirmed.